MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted April 5, 1943; decided April 15, 1943.

*Morris Berler* for motion.

*Lawrence Levine* opposed.

Motion dimissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.